

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BECOME NEW INVESTMENTS, L.L.C., | § | No. 08-24-00106-CV |
| Appellant, | § | Appeal from the |
| v. | § | 98th District Court |
| ASHLEIGH EMMETT, | § | of Austin, Texas |
| Appellee. | § | (TC# D-1-GN-23-004385) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order denying the motion to compel arbitration and remand to the trial court with directions to submit Appellee's claims to arbitration in accordance with the arbitration provisions in the Warranty. We further order that Appellant recover from Appellee all costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED this 29th day of August 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.